ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ELLYN MOSCOWITZ (SBN 129287)
emoscowitz@moscowitzlaw.com
ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN,
A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 447-0100
Facsimile: (916) 933-5533

MATTHEW MELLEN (SBN233350)
email@mellenlawfirm.com
**MELLEN LAW FIRM**
One Embarcadero Center, Fifth Floor
San Francisco, California 94111
Telephone: (415) 315-1653
Facsimile: (415) 276-1902

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD JOHNSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FLOWERS BAKING CO. OF CALIFORNIA, LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-00840-JAM-AC<br><br>**STIPULATION AND ORDER RE DISMISSAL WITHOUT PREJUDICE**<br><br>FRCP Rule 41(a)(2) |

1  Plaintiff Donald Johnson ("Plaintiff") and Defendant Flowers Baking Co. of California, LLC ("Defendant"), by and through their undersigned counsel, hereby respectfully submit the following Stipulation and [Proposed] Order to allow for the dismissal of this action without prejudice.

## STIPULATION

WHEREAS, the Court approved the parties' stipulation to add Plaintiff as a party to the action entitled *Brownfield, et al. v. Flowers Baking Co. of California, LLC,* Case No. 2:15-cv-02034-JAM-AC (*Brownfield* Dkt. 46);

WHEREAS, the Court approved the dismissal of this action without prejudice once a Second Amended Complaint was filed in *Brownfield* that, among other things, added Plaintiff's claims to the *Brownfield* action (*Brownfield* Dkt. 46); and

WHEREAS, the *Brownfield* Second Amended Complaint adding Plaintiff's claims has been filed (*Brownfield* Dkt. 47).

NOW THEREFORE, the parties stipulate and agree that this action shall be dismissed without prejudice.

**IT IS SO STIPULATED.**

*//*

*//*

*//*

*//*

*//*

*//*

*//*

| | | |
|---|---|---|
| 1 | Dated: September 11, 2017 | **KELLER GROVER LLP** |
| 2 | | |
| 3 | | By /s/Eric A. Grover |
| 4 | | ERIC A. GROVER<br>ROBERT SPENCER |
| 5 | | Attorneys for Plaintiffs |
| 6 | | |
| 7 | Dated: September 11, 2017 | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| 8 | | |
| 9 | | By /s/Brian D. Berry |
| 10 | | BRIAN D. BERRY<br>JARED L. PALMER |
| 11 | | |
| 12 | | Attorneys for Defendant<br>FLOWERS BAKING CO. OF CALIFORNIA, LLC |
| 13 | | |

## SIGNATURE ATTESTATION

I attest that I have obtained concurrence in the filing of this document from the other signatories.

| | | |
|---|---|---|
| 16 | Dated: September 11, 2017 | **KELLER GROVER LLP** |
| 17 | | |
| 18 | | By /s/Eric A. Grover |
| 19 | | ERIC A. GROVER<br>ROBERT SPENCER |
| 20 | | Attorneys for Plaintiffs |

# **ORDER**

**IT IS SO ORDERED.**


Dated: September 11, 2017            /s/ John A. Mendez
                                             HONORABLE JOHN A. MENDEZ
                                             United States District Court Judge